# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

Marilyn Kelly,
Chief Justice

141297

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC: 141297
                                            COA: 296380
                                            Wayne CC: 08-012436-FC

WILLIAM ARTHUR REID,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

0920